# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**PEABODY COAL CO., et al**

      **Petitioners,**

v.     CASE NO. 23-3161

**DOWCP, et al**
      **Respondents,**

## MOTION TO HOLD IN ABEYANCE

Peabody Coal Company and Peabody Energy ("Petitioners"), by undersigned counsel, respectfully requests that this Court hold this claim and briefing in abeyance pending a decision in *Eastern Associated Coal v. Tony Setliff*, No. 22-2052. In support of this Motion, Petitioners state the following:

1) The underlying issues in the above-captioned claim are the same as the underlying issues in *Setliff*, which is already set for briefing.

**2) Petitioners further state that it is not raising any additional issues beyond those raised in *Setliff*, and specifically we are withdrawing any dispute that the Claimant is entitled to benefits as was determined by the ALJ and affirmed by the Board.**

3) It would be in the interest of judicial economy to hold this claim in abeyance pending a decision in *Setliff*, while also avoiding any inconsistent decisions within the 4th Circuit Court of Appeals.

Accordingly, Petitioners respectfully request that this Court grant this Motion and issues an Order placing the above-captioned claim into abeyance pending a decision in *Setliff*.

Respectfully Submitted,

/s/ H. Brett Stonecipher, Esq.
H. Brett Stonecipher, Esq.
**REMINGER CO., LPA**
333 West Vine Street, Suite 1670
Lexington, Kentucky 40507
T: 859-426-4636
F: 859.233.1312
Email: bstonecipher@reminger.com

**Certificate of Service**

I hereby certify that on May 23, 2023, the undersigned served the foregoing Motion to Hold in Abeyance on the following by ECF:

Austin Vowels
Vowels Law
*Counsel for Respondent*

U.S. Department of Labor
Office of the Solicitor
*Counsel for Respondent*

/s/ H. Brett Stonecipher, Esq.
H. Brett Stonecipher, Esq.