No. 23-3161

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 7, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| PEABODY COAL COMPANY, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| DIRECTOR, OFFICE OF WORKERS' ) | |
| COMPENSATION PROGRAMS, U.S. ) | |
| DEPARTMENT OF LABOR, et al., ) | |
| ) | |
| Respondents. ) | |

Before: NORRIS, SUHRHEINRICH, and READLER, Circuit Judges.

Employer Peabody Coal Company and carrier Peabody Energy Corporation petition for review of a decision of the Benefits Review Board affirming an administrative law judge's order awarding benefits to Barry F. Hunter on his claim filed pursuant to the Black Lung Benefits Act. Petitioners move to voluntarily dismiss the appeal and to remand the petition, noting that both the Office of Workers' Compensation Programs and Hunter agree that dismissal is appropriate following their settlement agreement resolving all issues on appeal.

We may allow the voluntary dismissal of an appeal "on terms agreed to by the parties." Fed. R. App. P. 42(b)(2). The Rule "applies to petitions for review." Fed. R. App. P. 42 advisory committee's note to 2022 amendment. The parties here have agreed to terms supporting voluntary dismissal and seek remand to the District Director. The settlement agreement provides that Peabody Energy remains liable for certain auxiliary benefits; remand will permit those benefits to be sought. Thus, we find the motion to be well taken.

Accordingly, the motion to voluntarily dismiss is **GRANTED**, and this matter is **REMANDED** to the District Director for initiation of payment under the settlement agreement with instructions that any petitions for attorney fees or additional compensation under 33 U.S.C. § 914(f) be provided to counsel for Petitioners.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk